# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EARL SIMPSON, | No. CV 12-2893-AG (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ATASCADERO STATE HOSPITAL STATE AGENTS, | |
| Defendants. | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED: July 31, 2012

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE